**Opinion issued April 14, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-26-00066-CV

———————————————

**TERRY AKWUE, Appellant**

**V.**

**DISCOVER BANK, Appellee**

---

**On Appeal from the Co Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1253222**

---

## MEMORANDUM OPINION

Appellant Terry Akwue filed his notice of appeal on January 7, 2026, seeking to appeal the trial court's order entered 103 days earlier, on September 26, 2025. Generally, a notice of appeal is due within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. The deadline to file a notice of appeal is extended to 90

days after the date the judgment is signed if any party timely files a motion for new trial, motion to modify the judgment, motion to reinstate, or, under certain circumstances, a request for findings of fact and conclusions of law. *See* TEX. R. APP. P. 26.1(a). The time to file a notice of appeal may also be extended if, within 15 days after the deadline to file the notice of appeal, a party properly files a motion for extension. *See* TEX. R. APP. P. 10.5(b), 26.3.

The record reflects that the trial court signed the final judgment on September 26, 2025. Appellant filed a motion for new trial in the trial court. Therefore, appellant's notice of appeal was due by December 26, 2025. *See* TEX. R. APP. P. 26.1; 4.1. Appellant did not file his notice of appeal until January 7, 2026. Without a timely filed notice of appeal, this Court lacks jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1.

On January 8, 2026, we notified appellant that his appeal was subject to dismissal for want of jurisdiction unless she filed a response showing grounds for continuing the appeal. *See* TEX. R. APP. P. 42.3(a) (allowing involuntary dismissal of case after notice). Appellant did not respond to our notice.

Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.

2